UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DAWN STEPHENSON-ORTIZ on behalf of himself or herself and all other similarly situated consumers

              Plaintiff(s),

-against-                      Case# 19cv1936

FCR COLLECTION SERVICES

              Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: July 27, 2017

/S Crystal Moroney

Crystal Moroney, Esq.
Law Offices of Crystal Moroney, P.C.
17 Squadron Blvd., Suite 303
New City, New York 10956
Attorney for Defendant

/S Jacob Silver

Jacob Silver
Attorney At Law
237 Club Dr.
Woodmere, NY 11598
(718) 855-3834
silverbankruptcy@gmail.com
Attorney for Plaintiff

So Ordered.

s/ Raymond J Dearie

6/28/19